**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON
CIVIL ACTION NO. 06-210**

**THOMAS BACK,**                                                            **PETITIONER**

**VS:**

**LARRY CHANDLER, Warden,**                                     **RESPONDENT.**

**MEMORANDUM ORDER**

On January 9, 2007, this court entered an order directing petitioner Thomas Back to either file an updated motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(e) or the $5.00 filing fee required for proceedings brought pursuant to 28 U.S.C. §2254. The same order directed the respondent, initially identified by the court as Warden Larry Chandler, to answer or otherwise defend this action by February 9, 2007.

On January 18, 2007, petitioner Back has filed an updated affidavit of assets in order to proceed *in forma pauperis*, without payment of the $5.00 filing fee, including a certificate of his inmate account. In addition, on January 17, 2007 the respondent, through counsel, filed a motion to hold this petition in abeyance and for an extension of time in which to file an answer and response. As grounds, the respondent cites only this court's order requiring petitioner to either pay the filing fee or file an updated application to proceed *in forma pauperis,* a condition which has now been satisfied.

In addition to the pending motions, this court has received notice that it mistakenly identified the warden of the Kentucky State Penitentiary as Larry Chandler, when in fact the

1

name of that Warden is Thomas Simpson. Although counsel has entered an appearance on behalf of the respondent Warden without reference to the change in name, **IT IS ORDERED HEREIN**:

1. The petitioner's motion to proceed *in forma pauperis* [DE #11] is **granted**;

2. Thomas Simpson, the current Warden of the Kentucky State Penitentiary, shall be substituted for the name of Larry Chandler in this proceeding;

3. The Respondent's motion to hold the petition in abeyance is **denied** but the motion for an extension of time to file an answer and response [DE #10] is **granted**;

4. A copy of petitioner's December 29, 2006 petition shall be served by certified mail upon the Respondent Thomas Simpson;[1]

5. The Respondent, by counsel, shall answer or otherwise defend, in accordance with Rule 5 of the Rules Governing Section 2254 Cases, by no later than February 22, 2007.

This the 22nd day of January 2007.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

---

[1] Although the Attorney General for the Commonwealth of Kentucky was previously served and entered his appearance on behalf of the warden, service by mail addressed improperly to Warden Chandler was returned to the Clerk.