**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON
CIVIL ACTION NO. 06-210-DLB**

THOMAS BACK,                                                    PETITIONER

VS:

LARRY CHANDLER, Warden,                                        RESPONDENT.


**MEMORANDUM ORDER**


On January 26, 2007, the Clerk of Court received a document in correspondence form (dated January 19, 2007) which appears intended solely to notify this court of the action of the state court in ordering a copy of petitioner's state court records to be mailed to him without costs.          Communication with the court via correspondence is not appropriate.  Each document filed with the Clerk of Court should bear the case caption and case number as illustrated above, and should reflect whether it is a motion, notice, or other pleading authorized by the Federal Civil Rules of Procedure or the Rules Governing Habeas Corpus Cases Under Section 2254.  In addition, the correspondence in issue lacks a certificate of service reflecting that a copy has been served upon counsel for the respondent.[1]  The court's order of January 9, 2007 clearly stated that any document filed in the record without an appropriate certificate of service would not be considered by this court.

Accordingly, **IT IS ORDERED HEREIN AS FOLLOWS**:

---

[1]Although the document does bear a certificate of service, it reflects service only on the undersigned magistrate judge and the Clerk of Court.

1

1.  That petitioner's correspondence shall be docketed as a letter but that no further action shall be taken by this court concerning that letter;

2.  That petitioner is directed to file only pleadings authorized by the Federal Rules of Civil Procedure or the Rules Governing Habeas Corpus Cases Under Section 2254, and is reminded of his obligation to serve opposing counsel with a copy of each pleading filed in this court.

This the 29th day of January 2007.

Signed By:

**_J. Gregory Wehrman_**

**United States Magistrate Judge**