**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON
CIVIL ACTION NO. 06-210-DLB**

**THOMAS BACK,**                                                                                **PETITIONER**

**VS:**

**THOMAS SIMPSON, Warden,**                                                   **RESPONDENT.**

**MEMORANDUM ORDER**

On February 2, 2007, the secretary to the undersigned received a document in correspondence form (dated January 30, 2007) which appears intended solely to notify this court of receipt of the court's own recent order concerning the substitution of the name of the respondent. As previously indicated, communication with the court via correspondence is not appropriate. Each document filed with the Clerk of Court should bear the case caption and case number as illustrated above, and should reflect whether it is a motion, notice, or other pleading authorized by the Federal Civil Rules of Procedure or the Rules Governing Habeas Corpus Cases Under Section 2254. In addition, each pleading must bear a certificate of service reflecting that a copy has been served upon counsel for the respondent.

Accordingly, **IT IS ORDERED HEREIN AS FOLLOWS**:

1. That petitioner's correspondence shall be docketed as a letter but that no further action shall be taken by this court concerning that letter;

2. That petitioner SHALL NOT send documents directly to the magistrate judge or to the presiding district judge but is reminded to send to the Clerk of this Court for filing in the record

*only* pleadings authorized by the Federal Rules of Civil Procedure or the Rules Governing Habeas Corpus Cases Under Section 2254.

This the 2nd day of February 2007.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge