Eastern District of Kentucky
FILED
FEB 1 6 2007
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON
CIVIL ACTION NO. 06-210-DLB

THOMAS BACK,     PETITIONER

VS:

THOMAS SIMPSON, Warden,     RESPONDENT.

## MEMORANDUM ORDER

On February 16, 2007, the Clerk of Court received a document in correspondence form which notifies the court of petitioner's concern that the respondent Thomas Simpson did not receive a copy of the petition as directed by this court's order of January 22, 2007. The same order directs the respondent to file a response by February 22, 2007. Counsel for the respondent has previously entered her appearance, and the presumption exists that the Clerk of Court adheres to all directives by this court. Therefore, petitioner's concern appears unfounded.

**As previously and repeatedly indicated, communication with the court via correspondence is not appropriate.** Each document filed with the Clerk of Court should bear the case caption and case number as illustrated above, **and should reflect whether it is a motion, notice, or other pleading authorized by the Federal Civil Rules of Procedure or the Rules Governing Habeas Corpus Cases Under Section 2254.** In addition, each pleading must bear a certificate of service reflecting that a copy has been served upon counsel for the respondent.

Accordingly, **IT IS ORDERED HEREIN AS FOLLOWS:**

1

That petitioner's correspondence shall be docketed as a letter but that no further action shall be taken by this court concerning that letter.

This the 15th day of February 2007.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge