**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**
**CIVIL ACTION NO. 06-210-DLB**

Eastern District of Kentucky
**FILED**

MAR - 1 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**THOMAS BACK,**                                             **PETITIONER**

**VS:**

**THOMAS SIMPSON, Warden,**                    **RESPONDENT.**

## MEMORANDUM ORDER

On February 20, 2007, the Clerk of Court received three separate packages of documents
which appear to be various portions of petitioner's state court record.  Contrary to this court's
prior **repeated** orders concerning petitioner's frequent efforts to file inappropriate documents, his
latest submissions do not indicate whether the tendered documents are a "**motion, notice, or
other pleading authorized by the Federal Civil Rules of Procedure or the Rules Governing
Habeas Corpus Cases Under Section 2254.**"   However, a certificate of service states that
copies were mailed both to this court and to counsel for the respondent.  A response to the
original petition was filed on February 22, 2007, which response also included pertinent
documents from the state court record.

Because of the expense of court time and resources required to electronically scan all the
documents tendered by petitioner and the likelihood that many of them were duplicative of the
state court record filed by petitioner, court personnel compared the electronically filed state court
record appended to the respondent's response with the documents tendered by petitioner.  The
court will file only those documents tendered by petitioner which are not already part of the

1

electronically transmitted state court record filed as an appendix by the respondent.

Accordingly, **IT IS ORDERED HEREIN AS FOLLOWS**:

1. That the Clerk shall make a docket notation that petitioner has tendered three packages of state court records. However, because the records tendered by the petitioner are not permissible filings and both contravene this court's prior order and duplicate of state court records electronically filed by the respondent,[1] the Clerk shall scan and docket as "state court records filed by petitioner" only those records which are not duplicative of state court records filed by the respondent;

2. Petitioner's *third* (renewed) motion for the appointment of counsel [DE #23] is **denied** for the reasons previously discussed, most recently in the court's January 25, 2007 order [DE #15]. Petitioner **shall not** to file a fourth motion for the appointment of counsel prior to this court's ruling on the respondent's pending motion to dismiss the petition or for summary judgment;

3. The respondent having moved to dismiss the petition or in the alternative, for summary judgment, petitioner shall file any response to the respondent's motion(s) on or before **March 26, 2007**. A response to the pending motion(s) is the **only** pleading by petitioner which would appear appropriate at this time.

---

[1]This court permits their filing primarily for completeness of the record.

This the 1st day of March 2007.

Signed By:

**_J. Gregory Wehrman_**

**United States Magistrate Judge**

3